Before Angela T. Quigless, P.J., Robert G. Dowd, Jr., J., and Lisa S. Van Amburg, J.

### ORDER

PER CURIAM

Michael and Cindy Sivore appeal the trial court's declaratory judgment in favor of Ocwen Loan Servicing enforcing a promissory note and deed of trust securing their home mortgage loan. Finding no error, we affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

Michael G. Mueth, Jr., Saint Louis, for Appellant.

D. Ryan Taylor, Respondent.

Before Division Four: Mark D. Pfeiffer, Presiding Judge, Victor C. Howard, Judge and Alok Ahuja, Judge

### ORDER

PER CURIAM:

Philip Rotich appeals from the decisions of the Missouri State Board of Nursing (Board) and the Administrative Hearing Commission (AHC), as affirmed by the Circuit Court of Jackson County, finding cause to discipline Rotich's license to practice as a registered professional nurse and placing Rotich's nursing license on probation for one year. Because a published opinion would have no precedential value, a memorandum has been given to the parties. The judgment is affirmed. Rule 84.16(b).

■

Philip ROTICH, Appellant,

v.

STATE BOARD OF NURSING, Respondent.

WD 80344

Missouri Court of Appeals, Western District.

Order filed: August 22, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied September 26, 2017

Application for Transfer Denied December 19, 2017

CURATORS OF the UNIVERSITY OF MISSOURI, Appellant,

v.

Linda HEAD and Treasurer of the State of Missouri-Custodian of the Second Injury Fund, Respondents.

WD 80214 and WD 80215

Missouri Court of Appeals, Western District.

ORDER FILED: August 29, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied September 26, 2017

Application for Transfer Denied December 19, 2017